IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA　　*
　　　　　　　　　　　　　　　*
　　　　　　　　　　　　　　　*
vs.　　　　　　　　　　　　　 *　 CR 13-00094-TFM
　　　　　　　　　　　　　　　*
JARVIS DONTE COOKS　　　　　 *
　　　　　　　　　　　　　　　*

ORDER

A hearing was held this date on Probation's Notice of Apparent Violation requesting a hearing to determine whether Defendant's conditions of release should be modified or revoked (Doc. 161). Present for the hearing were AUSA Lawrence Ballard, Probation Officer Justin Marsh, Assistant Federal Defender Christopher Knight and Defendant Jarvis Donte Cooks (who appeared ten minutes late for the 10:00 A.M. hearing).

Mr. Knight stated that Defendant had nothing to offer in rebuttal to the violations of Defendant's supervised release conditions set out in the Notice, namely, failure to report or contact his probation officer immediately upon his release from custody and additional drug use while on release. Therefore, Defendant's release pending his revocation hearing was **REVOKED** and Defendant was **ORDERED DETAINED** pending the revocation hearing set before Judge

Moorer on **February 14, 2019 at 10:00 A.M in Courtroom 3B.** The United States Marshal is to produce Defendant for that hearing.

Upon oral motion of Mr. Bullard, the Motion for Detention (Doc. 160) was **WITHDRAWN.**

DONE this 8th day of February, 2019.

                                        s/BERT W. MILLING, JR.
                                        UNITED STATES MAGISTRATE JUDGE